*H. Wehle* for the plaintiff in error. No appearance for the defendants in error.

---

No. 210. ST. LOUIS FAIR ASSOCIATION, PLAINTIFF IN ERROR, *v.* GILSONITE ROOFING & PAVING COMPANY. In error to the Supreme Court of the State of Missouri. January 13, 1913. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Henry W. Bond* and *Mr. Thomas Bond* for the plaintiff in error. No appearance for the defendant in error.

---

## CASES DISPOSED OF IN VACATION.

No. 329. LOUIS F. BRAUN, APPELLANT, *v.* LINDSAY RUSSELL, TRUSTEE, ET AL. Appeal from the United States Circuit Court of Appeals for the second circuit. July 12, 1912. Dismissed pursuant to the 28th Rule. *Mr. Dix W. Noel* for the appellant. *Mr. Daniel P. Hays* for the appellees.

---

No. 330. WALTER BAMFORD, APPELLANT, *v.* LINDSAY RUSSELL, TRUSTEE, ET AL. Appeal from the United States Circuit Court of Appeals for the Second Circuit. July 12, 1912. Dismissed pursuant to the 28th Rule. *Mr. Dix W. Noel* for the appellant. *Mr. Daniel P. Hays* for the appellees.

---

